```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       :
     Plaintiff
                                           :

     vs.                        :   CRIMINAL NO.  1:CR-02-57-04

                                           :
MAURICE D. JEFFERSON,
     Defendant                  :

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 7, 2008, Defendant filed a motion under 18 U.S.C. § 3582(c) for a reduction in his sentence under Amendment 706 to the sentencing guidelines. On March 10, 2008, the government filed a response in which it agrees Defendant is entitled to relief, subject to consideration of public safety factors and Defendant's institutional history. On March 21, 2008, the probation office submitted an addendum to the original pre-sentence report which concludes that the Amendment applies to Defendant, addresses the government's concerns and, consistent with the original sentence, recommends that reductions be granted pursuant to U.S.S.G. § 5K1.1 and Federal Rule of Criminal Procedure 35. This results in a recommended sentence of 81 months.

Pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10, the court has also considered the nature and seriousness of the danger to any person or the community that may be posed by a reduction in Defendant's term of imprisonment, Defendant's postconviction conduct, and the factors set forth in 18 U.S.C. § 3553(a). Based on the same, the court adopts the pre-sentence report addendum and finds that a reduction in Defendant's term of imprisonment is supported by these considerations. We therefore conclude that Defendant is entitled to a time-served sentence to expire on April 4, 2008, to recognize the time requested by the Bureau of Prisons to process Defendant for release.

Accordingly, this 25th day of March, 2008, it is ORDERED that:

> 1. Pursuant to 18 U.S.C. § 3582(c)(2), Defendant's previously imposed sentence of 114 months (originally imposed on February 7, 2003, and reduced on August 9, 2004, to 102 months) is reduced to a sentence of time served as of April 4, 2008.
>
> 2. The Bureau of Prisons shall release Defendant from custody on April 4, 2008.
>
> 3. Except as provided herein, all provisions of the judgment of February 7, 2003, shall remain in effect.

    /s/William W. Caldwell  
William W. Caldwell  
United States District Judge

2